BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ivy A. Wang (State Bar No. 224899)
  iwang@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>SUNFROG, LLC,<br><br>  Defendant. | Case No.<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES** |

1099858.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connection and Interest |
|---|---|
| Atari Interactive, Inc. | A Delaware corporation with its principal place of business in New York, New York |
| SunFrog, LLC | A limited liability company with its principal place of business in Gaylord, Michigan |

Dated: August 14, 2018

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ivy A. Wang

By: /s/ Keith J. Wesley
Keith J. Wesley
Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

1099858.1
-1-
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES