UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SUNFROG, LLC,<br><br>    Defendant. | Case No. 18-cv-04949-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Re: ECF No. 23 |

Defendant SunFrog, LLC filed a motion to dismiss on October 16, 2018. ECF No. 23. At the October 17, 2018 case management conference, the Court indicated that it would hold the motion in abeyance pending efforts by the parties to settle this case. ECF No. 32. The parties participated in a settlement conference with a magistrate judge but were unable to reach a settlement agreement. ECF No. 40. In the parties' April 10, 2019 case management conference statement, the parties acknowledged the pending motion to dismiss, and SunFrog indicated its intent "to provide a schedule for briefing and hearing for an early summary judgment [motion] to coincide with SunFrog's partial motion to dismiss (in abeyance)."[1] ECF No. 41 at 8. Although more than two months have passed since that time, the parties have not filed any proposed briefing schedule.

Accordingly, the Court sua sponte orders that Plaintiff Atari Interactive, Inc.'s opposition to the motion to dismiss shall be filed by July 19, 2019, and SunFrog's reply shall be filed by

/ / /

---

[1] SunFrog is reminded that, "[a]bsent good cause, the Court will consider only one motion for summary judgment per party." Standing Order for All Civil Cases Before District Judge Jon S. Tigar § F.

1  July 26, 2019.  Unless otherwise ordered, the motion will then be deemed under submission
2  without oral argument.
3      **IT IS SO ORDERED.**
4  Dated:  June 26, 2019



_____
JON S. TIGAR
United States District Judge