AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.     DATE FILED | USDC, Northern District of California<br>~~450 Golden Gate Avenue~~ 1301 Clay Street, Ste. 400S<br>~~San Francisco, CA 94102~~ Oakland, CA 94612 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATARI INTERACTIVE, INC. | SUNFROG, LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001086529 | Pong - The Next Level (MAC) | Atari Interactive, Inc. |
| 2 | PA0000071701 | Asteroids | Atari Interactive, Inc. |
| 3 | TX0000462689 | Cocktail Asteroids™ Operation, Maintenance and Service Manual (TM-150) | Atari Interactive, Inc. |
| 4 | TX0000683133 | ASTEROIDS/CABARET Operation, Maintenance and Service Manual (TM-155) | Atari Interactive, Inc. |
| 5 | TX0000676860 | ASTEROIDS DELUXE/CABARET Operation, Maintenance and Service Manual (TM-173) | Atari Interactive, Inc. |
| 6 | TX0000744954 | ASTEROIDS DELUXE/COCKTAIL Operation, Maintenance and Service Manual (TM-174) | Atari Interactive, Inc. |
| 7 | VAu0000024510 | ASTEROIDS DELUXE PC Board Fabrication (036472-01) | Atari Interactive, Inc. |
| 8 | TX0000756750 | "ASTEROIDS" IV Computer Program (coin-op) | Atari Interactive, Inc. |
| 9 | TX0000756751 | ASTEROIDS DELUXE 1 COMPUTER PROGRAM (Coin-Op) | Atari Interactive, Inc. |
| 10 | TX0000756752 | ASTEROIDS DELUXE" II Computer Program (Coin-op) | Atari Interactive, Inc. |
| 19 | VAu0000027872 | ASTEROIDS DELUXE Printed-Circuit Board (Component Side) 036472-01 | Atari Interactive, Inc. |
| 11 | PA0000100722 | ASTEROIDS DELUXE | Atari Interactive, Inc. |
| 12 | TX0000364242 | ASTEROIDS Operation, Maintenance and Service Manual Complete with Illustrated Parts Catalog TM-143 | Atari Interactive, Inc. |
| 13 | TX0000676855 | ASTEROIDS DELUXE Operation, Maintenance and Service Manual (TM-165) | Atari Interactive, Inc. |
| 14 | TX0000756748 | "ASTEROIDS" I Computer Program (Coin-op) | Atari Interactive, Inc. |
| 15 | TX0000756749 | "ASTEROIDS" II Computer Program (Coin-op) | Atari Interactive, Inc. |
| 16 | A780280 | SUPER PONG 04: MODEL NUMBER 80005; OWNER'S MANUAL/GUIDE DE L'UTIUSATEUR FOR SIMPSONS-SEARS | Atari Interactive, Inc. |
| 17 | A764814 | SUPER PONG 4: GAMES OWNER'S MANUAL | Atari Interactive, Inc. |
| 18 | A873421 | SUPER PONG 4: OWNER'S MANUAL | Atari Interactive, Inc. |

1099863.1

| 19 | A844359 | SUPER PONG PRO-AM, SUPER PONG PRO-AM TEN, MANUEL D'INSTRUCTIONS; PARAGON VERSION | Atari Interactive, Inc. |
|---|---|---|---|
| 20 | A844360 | SUPER PONG PRO-AM, SUPER PONG PRO-AM TEN, OWNER'S MANUAL; PARAGON VERSION | Atari Interactive, Inc. |
| 21 | IU I 8211 | Super Pong Pro-Am: FABRICATION. SUPER PONG PRO-AM (PRINTED CIRCUIT BOARD) | Atari Interactive, Inc. |
| 22 | A780277 | SUPER PONG TELE-GAMES: MODEL NUMBER 637.997360; OWNER'S MANUAL FOR SEARS ROEBUCK AND COMPANY | Atari Interactive, Inc. |
| 23 | A844364 | SUPERPONG TEN: OWNER'S MANUAL | Atari Interactive, Inc. |
| 24 | 1018098 | Super Pong: FABRICATION, P.C. BOARD, SUPER PONG PRO-AM | Atari Interactive, Inc. |
| 25 | A780278 | SUPER PONG: MODEL NUMBER 8004; OWNER'S MANUAL/GUIDE DE L'UTILISATEUR FOR SIMPSONS SEARS | Atari Interactive, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OR WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☒ No | DATE RENDERED 01/30/2020 |
|---|---|---|
| CLERK Susan Soong | (BY) DEPUTY CLERK Jessie Mosley  /s/ JessMos | DATE 01/31/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



1099863.1